(February 2, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY J. JONES, Petitioner, v EVERETT W. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied, upon the ground that habeas corpus may not be used as a substitute for an appeal (see *People ex rel. Keitt v McMann,* 18 NY2d 257, 262). Sweeney, J. P., Kane, Main, Casey and Mikoll, JJ., concur.